IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>GUADALUPE RODRIGUEZ-JIMENEZ<br>Defendant | CRIMINAL 07-0184CCC |

O R D E R

Having considered the Report and Recommendation filed on July 17, 2007 (docket entry 27) on a Rule 11 proceeding of defendant held before Magistrate Judge Marcos E. Lopez on July 16, 2007, to which no opposition has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contain all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of an abbreviated Presentence Investigation Report since July 19, 2007. The sentencing hearing is set for August 20, 2007 at 4:30 p.m.

SO ORDERED.

At San Juan, Puerto Rico, on July 24, 2007.

S/CARMEN CONSUELO CEREZO
United States District Judge